AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| P2I LTD. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:23-cv-1690 |
| FAVORED TECH USA CORPORATION, JIANGSU FAVORED NANOTECHNOLOGY CO., LTD., GN AUDIO USA INC, and DOES 1-10 | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Favored Tech USA Corporation
1601 S De Anza Blvd., Ste. 118
Cupertino, CA 95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott M. Lowry, Esq.
Lowry Blixseth APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Phone: 818-584-6460
Fax: 818-574-6026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| P2I LTD. <br><br> *Plaintiff(s)* <br> v. <br> FAVORED TECH USA CORPORATION, JIANGSU FAVORED NANOTECHNOLOGY CO., LTD., GN AUDIO USA INC, and DOES 1-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-1690 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GN Audio USA Inc.
2710 GATEWAY OAKS DRIVE, STE. 150N
SACRAMENTO, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Scott M. Lowry, Esq.
Lowry Blixseth APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Phone: 818-584-6460
Fax: 818-574-6026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| P2I LTD. )<br><br>*Plaintiff(s)* )<br>v. )<br>FAVORED TECH USA CORPORATION, JIANGSU )<br>FAVORED NANOTECHNOLOGY CO., LTD., GN )<br>AUDIO USA INC, and DOES 1-10 )<br><br>*Defendant(s)* ) | | Civil Action No. 3:23-cv-1690 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jiangsu Favored Nanotechnology Co., Ltd.
1601 S De Anza Blvd., Ste. 118
Cupertino, CA 95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott M. Lowry, Esq.
Lowry Blixseth APC
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Phone: 818-584-6460
Fax: 818-574-6026

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*