Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

*Additional Counsel listed on signature page*

Attorneys for Defendants
Favored Tech USA Corporation,
Jiangsu Favored Nanotechnology Co., Ltd.
and GN Audio USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P2I LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAVORED TECH USA CORPORATION; JIANGSU FAVORED NANOTECHNOLOGY CO., LTD.; GN AUDIO USA INC.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:23-cv-01690-AMO<br><br>**ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12 REQUESTING VIRTUAL SETTING FOR NOVEMBER 13, 2024 CASE MANAGEMENT CONFERENCE**<br><br>Honorable Araceli Martínez-Olguín<br><br>**DEMAND FOR JURY TRIAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that in accordance with Civil Local Rules 7-11(a), 7-12 and 16-10(a), and the Court's Standing Order C.2, Defendants Favored Tech USA Corporation, Jiangsu Favored Nanotechnology Co., Ltd. and GN Audio USA Inc. (collectively "Defendants") hereby move pursuant to a stipulation for an order that the Initial Case Management Conference set for November 13, 2024 at 10:00am be conducted virtually over Zoom.

**A.    Virtual Appearances**

An Initial Case Management Conference may be conducted virtually upon request. L.R. 16-10(a); Standing Order C.2. Here, the parties jointly request that the Initial Case Management Conference scheduled for November 13, 2024 at 10:00am be conducted virtually over Zoom.

Patrick McKeever is serving as lead counsel for Defendants.[1] Mr. McKeever has a speaking engagement at USC Gould School of Law in Los Angeles, California at 12:00pm on Wednesday, November 13 but would be able to attend the Case Management Conference virtually if permitted by the Court. Matthew Lembo, also counsel for Defendants, will be in Pittsburgh, Pennsylvania for a hearing before the Court of Appeals for the Third Circuit on November 14, but would also be able to attend the conference virtually if permitted by the Court. Moreover, conducting a virtual Conference will reduce the costs on both sides for attorney travel to attend the Conference.

For these reasons, the parties jointly and respectfully request that the Initial Case Management Conference set for November 13, 2024 at 10:00am be conducted virtually over Zoom.

In support of this Motion, and pursuant to Civil Local Rules 7-11(a), Defendants have prepared a stipulation under Civil Local Rule 7-12, which is filed herewith.

---

[1] Matthew Bernstein had been serving as lead counsel for Defendants but is presently out on a leave of absence.

| | | |
|---|---|---|
| 1 | Dated: November 6, 2024 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Patrick J. McKeever* |
| 4 | | Patrick J. McKeever, Bar No. 268763<br>PMcKeever@perkinscoie.com<br>PERKINS COIE LLP |
| 5 | | 11452 El Camino Real, Suite 300<br>San Diego, California 92130-2080 |
| 6 | | Telephone:   858.720.5721<br>Facsimile:    858.720.5799 |
| 7 | | |
| 8 | | Andrew T. Dufresne (*pro hac vice*)<br>ADufresne@perkinscoie.com<br>PERKINS COIE LLP |
| 9 | | 33 E. Main Street, Suite 201<br>Madison, WI 53703-3095 |
| 10 | | Telephone:   608.663.7492<br>Facsimile:    608.283.4492 |
| 11 | | |
| 12 | | Matthew A. Lembo (*pro hac vice*)<br>MLembo@perkinscoie.com<br>PERKINS COIE LLP |
| 13 | | 1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036-2711 |
| 14 | | Telephone:   212.262.6900<br>Facsimile:    212.977.1649 |
| 15 | | |
| 16 | | Jonathan I. Tietz (*pro hac vice*)<br>JTietz@perkinscoie.com<br>PERKINS COIE LLP |
| 17 | | 700 13th Street, NW, Suite 800<br>Washington, D.C. 20005-3960 |
| 18 | | Telephone:   202.654.6200<br>Facsimile:    202.654.6211 |
| 19 | | |
| 20 | | *Attorneys for Defendants Favored Tech USA Corporation,* |
| 21 | | *Jiangsu Favored Nanotechnology Co., Ltd. and GN Audio USA Inc.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |