Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799
*Attorneys for Defendants FTC, JFN and GN Audio*

Scott M. Lowry, Esq. (CA Bar No. 244,504)
E-Mail: Scott@LawLB.com
**LOWRY BLIXSETH APC**
30423 Canwood St., Ste. 215
Agoura Hills, California 91301
Tel: 818-584-6460
Facsimile: 818-574-6026

Andrew D. Bochner, Esq. (*Pro Hac Vice*)
E-Mail: Andrew@BochnerIP.com
Meredith Lloyd, Esq. (*Pro Hac Vice*)
E-Mail: meredith@bochnerip.com
Ariel Reinitz (*Pro Hac Vice*)
ariel@bochner.law
**BOCHNER PLLC**
295 Madison Ave., 12th Fl.
New York, New York 10017
Tel: (646) 971-0685
*Attorneys for Plaintiff P2I Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P2I LTD., a United Kingdom limited company,<br><br>Plaintiff,<br><br>v.<br><br>FAVORED TECH USA CORPORATION, a Delaware corporation; JIANGSU FAVORED NANOTECHNOLOGY CO., LTD., a Chinese corporation; GN AUDIO USA INC., a Delaware corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 3:23-cv-01690-AMO<br><br>**JOINT STIPULATION UNDER CIVIL LOCAL RULE 7-12 REQUESTING A VIRTUAL SETTING FOR NOVEMBER 13, 2014 CASE MANAGEMENT CONFERENCE**<br><br>Honorable Araceli Martinez-Olguin<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Civil Local Rule 7-12, Plaintiff P2I Ltd. and Defendants Favored Tech USA Corporation, Jiangsu Nanotechnology Co., Ltd. and GN Audio USA Inc. (collectively "The Parties") through their respective undersigned counsel of record, hereby notify the Court that they stipulate as follows:

WHEREAS, the Court has set an Initial Case Management Conference for November 13, 2024 at 10:00 AM in San Francisco, Courtroom 10, 19th Floor. (Dkt. 91);

IT IS HEREBY STIPULATED that the Parties agree to have the November 13, 2024 Case Management Setting by Zoom video subject to the Court's approval.

IT IS SO STIPULATED.

Dated: November 6, 2024            **PERKINS COIE LLP**

By: */s/ Patrick J. McKeever*
    Patrick J. McKeever, Bar No. 268763
    PMcKeever@perkinscoie.com
    PERKINS COIE LLP
    11452 El Camino Real, Suite 300
    San Diego, California 92130-2080
    Telephone:   858.720.5700
    Facsimile:   858.720.5799

Attorneys for Defendants

Dated: November 6, 2024            **BOCHNER PLLC**

By: */s/ Andrew D. Bochner*
    Andrew D. Bochner
    andrew@bochner.law
    Meredith Lloyd
    Meredith@bochner.law
    Ariel Reinitz
    ariel@bochner.law
    BOCHNER IP, PLLC
    295 Madison Ave., 12th Fl.
    New York, New York 10017
    Tel: (646) 971-0685

Attorneys for Plaintiff

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: November 6, 2024        */s/ Patrick J. McKeever*
Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Telephone:        858.720.5700
Facsimile:         858.720.5799

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

---
HONORABLE ARACELI MARTINEZ-OLGUIN
UNITED STATES DISTRICT JUDGE